UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.Z., et al., <br><br>                           Plaintiff(s), <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br>                           Defendant(s). | 23-CV-9779 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

As discussed on the record before the Court on March 22, 2024, it is hereby ORDERED as follows:

- Defendants' deadline to respond to Plaintiffs' preliminary injunction motion is extended to **March 29, 2024**.

- Plaintiffs' deadline to reply is extended to **April 4, 2024**.

- Unless the Court holds otherwise, the preliminary injunction hearing shall take place on **April 11, 2024, at 10:30 a.m. (E.T.)**. The parties shall meet before the Court in Courtroom 905 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, NY 10007.

The parties' case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: March 22, 2024
       New York, New York

                                                      DALE E. HO
                                                United States District Judge