UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.Z., et al., <br><br>               Plaintiffs, <br><br> v. <br><br> New York City Department of Education, et al., <br><br>               Defendants. | 23-CV-9779 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On April 26, 2024, the Court ordered the parties to file a joint status letter by January 9, 2024, and to appear before the Court for a post-discovery conference on January 16, 2024. These dates were stated in error.  ECF No. 34.  The parties are directed to file their joint status letter by January 9, 202**5** and to appear for a post-discovery conference on January 16, 202**5**. The dial-in information remains unchanged.  Accordingly, the parties shall dial 646-453-4442, enter the meeting code 691352552, and press pound (#).

SO ORDERED.

Dated: May 20, 2024
       New York, New York

_____
DALE E. HO
United States District Judge