MEMORANDUM ENDORSED



THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

STEVEN BANKS
*Corporation Counsel*

**ANN-MARIE TESAR**
Phone: (212) 356-1106
atesar@law.nyc.gov
(not for service)

March 25, 2026

**BY ECF**
Honorable Gabriel W. Gorenstein
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *J.Z., et al., v. N.Y.C. Dep't of Educ., et al.,* 23-cv-9779 (DEH)(GWG)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendants the New York City Department of Education ("DOE"), the New York City Board of Education, the City of New York, and former DOE Chancellor David Banks in the above-captioned matter.  In accordance with the last joint letter submitted to the Court, dated March 23, 2026 (ECF No. 91), and this Court's order dated March 24, 2026 (ECF No. 92) that the next joint letter be submitted by today, I write to request an adjournment of one week to submit the next joint letter, until April 1, 2026.

This is Defendants first request for an extension, and Plaintiffs' have agreed to this adjournment. This adjournment will not affect any other deadlines in this matter. The reason is that Defendants are in the process of reviewing Plaintiffs' counterproposal and getting any required internal approvals to be able to provide Plaintiffs with a response to their counterproposal, and are gathering information from the Department of Education about both students involved in this matter.  Defendants thus believe that a brief adjournment would allow the parties to provide the Court with a more meaningful update on April 1, 2026.

I thank the Court for its attention to this submission.

Respectfully submitted,

- 2 -

s/ Ann-Marie Tesar

Ann-Marie Tesar
Assistant Corporation Counsel

The Court rejects the assertion that this is the
"Defendants [sic] first request for an extension."  It
is more like the eighteenth.  (The dates are wrong in
the first paragraph of this letter as well).
Nonetheless, the request is granted.  The Court will
allow more time than what is requested as the
continual requests are a drain on the Court's
resources.  The next status letter shall be due April
22, 2026.  Let's try to get this done by then.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 25, 2026